# United States Court of Appeals
## For the First Circuit

---

No. 08-1459

UNITED STATES OF AMERICA,

Appellee,

v.

ADAM A. STONE,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on August 5, 2009, is amended as follows:

On page 13, footnote 7, line 6, delete the quotation mark between "15" and "and".